# EXHIBIT 1



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## New York District Office

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
New York Direct Dial: (929) 506-5270
FAX (212) 336-3625
Website: www.eeoc.gov

Gail Washbish

Re:  EEOC Charge No. 520-2017-00087
     IBM

Dear Ms. Washbish:

We recently investigated the above-named respondent under the Age Discrimination in Employment Act (ADEA), which protects persons over 40 from age discrimination in most phases of employment. We found that you were discriminated against in violation of the ADEA in that you were discharged based on your age. We asked Respondent to resolve this matter through conciliation, however, it declined to do so. The Commission may request relief to be provided but cannot order it.

The EEOC has decided that it will not bring a lawsuit in this case. This does not affect your right to sue. However, your suit must be brought within 90 days of receipt of this letter. Otherwise your right to sue is lost. Please email Jennifer Carlo at jennifer.carlo@eeoc.gov if you have any questions.



Date:

On Behalf of the Commission,
Digitally signed by ARLEAN NIETO
Date: 2021.07.19 16:59:01 -04'00'

for Judy Keenan, Director
New York District Office